**Balihar SINGH–KAUR, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–73766.

Agency No. A74–153–610.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 10, 2004.

Earle A. Sylva, Rai Law & Associates, PC, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Jacqueline Dryden, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM**

Balihar Singh–Kaur, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen his deportation proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1105a(a). *Kalaw v. INS,* 133 F.3d 1147, 1150 (9th Cir.1997). We review for abuse of discretion, *Celis–Castellano v. Ashcroft,* 298 F.3d 888, 890 (9th Cir.2002), and we deny the petition for review.

The BIA did not abuse its discretion in denying Singh–Kaur's motion to reopen because, in light of the adverse credibility finding in his underlying asylum, withholding of deportation, and Convention Against Torture proceedings, Singh–Kaur could not demonstrate prima facie eligibility for relief. *See INS v. Abudu,* 485 U.S. 94, 105, 108, 108 S.Ct. 904, 99 L.Ed.2d 90 (1988).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.